IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN GUERRIER** | : |
| Plaintiff, | : Civil Action No: 2:21-CV-04561-WB |
| v. | : |
| **WIDENER UNIVERSITY** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

In accordance with the requirements of Federal Rule of Civil Procedure 41, the parties file this joint stipulation dismissing the above-captioned legal action.

**STIPULATED AND AGREED ON THIS 2ND DAY OF JUNE, 2022**

**KEVIN GUERRIER**

*/s/ Francesco P. Trapani*
**KREHER & TRAPANI LLP**
Francesco P. Trapani, Esquire
Two Penn Center Plaza, Suite 900
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Telephone: 215-907-7290
Facsimile: 215-907-7287
*frank@krehertrapani.com*

*Attorney for Plaintiff*

**WIDENER UNIVERSITY, INC.**

*/s/ Kathleen O'Connell Bell*
**LAMB MCERLANE, P.C.**
Kathleen O'Connell Bell, Esquire
3405 West Chester Pike
Newtown Square, PA 19073
Telephone: 610-353-0740
Facsimile: 610-353-0745
*kbell@lambmcerlane.com*

*Attorney for Defendant
Widener University*