# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN GUERRIER** : | |
| : | |
| Plaintiff, : | Civil Action No: 2:21-CV-04561-WB |
| v. : | |
| : | |
| **WIDENER UNIVERSITY** : | |
| : | |
| Defendant. : | |
| : | |

## STIPULATION OF DISMISSAL

In accordance with the requirements of Federal Rule of Civil Procedure 41, the parties file this joint stipulation dismissing the above-captioned legal action with prejudice.

| **KEVIN GUERRIER** | **WIDENER UNIVERSITY, INC.** |
|---|---|
| */s/ Francesco P. Trapani* | */s/ Kathleen O'Connell Bell* |
| **KREHER & TRAPANI LLP** | **LAMB MCERLANE, P.C.** |
| Francesco P. Trapani, Esquire | Kathleen O'Connell Bell, Esquire |
| Two Penn Center Plaza, Suite 900 | 3405 West Chester Pike |
| 1500 John F. Kennedy Blvd. | Newtown Square, PA 19073 |
| Philadelphia, PA 19102 | Telephone: 610-353-0740 |
| Telephone: 215-907-7290 | Facsimile: 610-353-0745 |
| Facsimile: 215-907-7287 | kbell@lambmcerlane.com |
| frank@krehertrapani.com | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | *Widener University* |
| Dated: June 7, 2022 | Dated: June 7, 2022 |

SO ORDERED BY THE COURT

this 8th day of June, 2022

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**